UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HONGMEI JIANG,<br><br>                    Petitioner,<br><br>        v.<br><br>TODD M. LYONS, et al.,<br><br>               Respondents. | Case No. 5:25-cv-03250-CV-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered dismissing the petition for failure to exhaust the administrative remedies and without prejudice to refiling after full administrative exhaustion.


DATED:  4/1/26    _Cynthia Valenzuela_____
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE