UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGMEI JIANG, | Case No. 5:25-cv-03250-CV-SSC |
| Petitioner, | |
| v. | **JUDGMENT** |
| TODD M. LYONS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 4/1/26

_Cynthia Valenzuela_

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE